**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA CARR, | Case No. 1:08-cv-00152 AWI TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO LODGE THE ADMINISTRATIVE RECORD |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On January 23, 2008, Plaintiff Brenda Carr, ("Plaintiff"), represented by counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for disability benefits under the Social Security Act.  (Doc. 1).

On January 30, 2008,  the Court issued a Scheduling Order directing Defendant Michael Astrue ("Defendant") to "serve a copy of the administrative record on [Plaintiff] and file it with the court" within 120 days after being served with the complaint.  (Doc. 6).  The Scheduling Order explains that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110."  (Id.)

Plaintiff filed a "summons returned executed" on January 31, 2008.  (Doc. 7).  This Court calculates May 30, 2008 as the deadline for Defendant to file and serve the administrative record.  To date, the administrative record has not been lodged in compliance with this Court's orders.  (See Dkt. Sheet).

Accordingly, this Court ORDERS Defendant, no later than June 25, 2008, to show cause in writing why sanctions should not be imposed for Defendant's failure to file and serve the

1

administrative record and to comply with this Court's orders.  This Court will vacate this Order to Show Cause if Defendant lodges and serves the administrative record no later than June 23, 2008.

**Defendant is admonished that failure to timely comply with this order will result in the imposition of sanctions at the discretion of the Court.**

IT IS SO ORDERED.

Dated: **June 17, 2008**                          /s/ Theresa A. Goldner
                                                  UNITED STATES MAGISTRATE JUDGE