IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CARR, | Case No. 1:08-cv-00152 TAG |
| Plaintiff, | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | (Doc. 13) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

On January 23, 2008, Plaintiff Brenda Carr, ("Plaintiff"), represented by counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for disability benefits under the Social Security Act. (Doc. 1). The Court issued its January 30, 2008, scheduling order that required Defendant Michael Astrue ("Defendant") to "serve a copy of the administrative record on [Plaintiff] and file it with the court" within 120 days after being served with the complaint. (Doc. 6). Based on Plaintiff's January 31, 2008, proof of service,[1] the Court calculated May 30, 2008 as the deadline for Defendant to file and serve the administrative record. (See Doc. 7).

On June 17, 2008, this Court issued an order to show cause ("OSC"), directing Defendant to show cause why sanctions should not be imposed due to its failure to timely file the administrative record. (Doc. 9). After Plaintiff filed a "summons returned executed" evidencing proof of service on the United States Attorney's Office in Fresno, California ("USAO"), Defendant filed his appearance in this matter. (Docs. 10, 11). Defendant responded to the OSC on July 15, 2008,

---

[1] The "summons returned executed" filed on January 31, 2008, identified that service was effected on the Office of the Regional Counsel of the Social Security Administration in San Francisco, California and the Office of the Attorney General in Washington, D.C. (Doc. 7).

1

explaining that the Social Security Administration did not open a case until service was effected on, <u>inter alia</u>, the USAO in the district in which the matter was filed, pursuant to Federal Rule of Civil Procedure 4(i).  (Doc. 13).  Thus, Defendant could not have known of the pendency of this case before Plaintiff served the USAO on June 20, 2008.  (<u>Id.</u>).

    Good cause appearing, it is HEREBY ORDERED that

    The Court's June 17, 2008 Order to Show Cause (Doc. 9) is VACATED.

IT IS SO ORDERED.

Dated:  **July 25, 2008**                                                  **/s/ Theresa A. Goldner**
                                                                        UNITED STATES MAGISTRATE JUDGE