# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA CARR, | ) | 1:08-cv-00152-TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order Granting 30-Day Extension of Time |
| v. | ) | to File and Serve Administrative Record |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | (Docs. 6, 15) |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This action commenced on January 23, 2008. (Doc. 1). On January 30, 2008, the Court issued a Scheduling Order which provided in part that Defendant was to file and serve a copy of the administrative record within 120 days after service of the complaint. (Doc. 6). On January 31, 2008, Plaintiff filed a "summons returned executed." (Doc. 7). On June 17, 2008, the Court issued an Order to Show Cause ("OSC") why sanctions should not be issued because Defendant failed to file the administrative record. (Doc. 9). On July 15, 2008, Defendant responded to the OSC, explaining that the summons was improperly served and requesting that the Court discharge the OSC and grant Defendant until October 23, 2008 to file and serve the administrative record. (Doc. 13). On July 25, 2008, the Court discharged the OSC. To date, the administrative record has not been filed. (See docket, generally).

      On October 20, 2008, the parties filed a stipulation requesting a sixty-day extension of time to December 22, 2008, for Defendant to file the administrative record. (Doc. 15). The stipulation provides no explanation as to what action has been taken to locate and prepare the administrative record since July 15, 2008 or why it was not filed in the 97 days that have expired

since July 15, 2008.

The Court has read and considered the parties' stipulation, and is not persuaded that good cause has been to shown to grant a continuance. Nevertheless, the Court will grant one thirty-day continuance. Accordingly, the Court makes the following order:

1. The Scheduling Order (Doc. 6) is amended as follows:

   A. Defendant shall have to and including Wednesday, November 19, 2008, to file the administrative record with the Court and to serve a copy of the administrative record on Plaintiff;

   B. Except as provided above, the balance of the Scheduling Order remains in full force and effect; and

2. The parties' request for an extension of time (Doc. 15) is granted in part and denied in part. An extension of time is granted, but only for thirty days. The request for an extension of time in excess of thirty days, is denied.

IT IS SO ORDERED.

Dated:   **October 20, 2008**                              **/s/ Theresa A. Goldner**
                                                           UNITED STATES MAGISTRATE JUDGE