McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BRENDA CARR,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 08-cv-00152-TAG<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from March 2, 2009 to March 10, 2009.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter due to illness.

                                          Respectfully submitted,

Dated: March 2, 2009               /s/ Brian C. Shapiro
                                       (As authorized via telephone by Young Chul Cho for
                                       Brian Shapiro)
                                       BRIAN C. SHAPIRO
                                       Attorney for Plaintiff

| | |
|---|---|
| Dated: March 2, 2009 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ ARMAND D. ROTH<br>ARMAND D. ROTH)<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

The Court has read and considered the foregoing stipulation and finds that good cause exists to grant an extension of time. Accordingly, Defendant shall have to and including March 10, 2009, to file a response to Plaintiff's opening brief. This order is made *nunc pro tunc* to March 2, 2009.

IT IS SO ORDERED.

Dated:  **March 5, 2009**                                                  **/s/ Theresa A. Goldner**
                                                                                  UNITED STATES MAGISTRATE JUDGE