IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CARR, ) | 1:08cv0152 BAK [DLB] |
| ) | |
| ) | ORDER GRANTING |
| ) | STIPULATION FOR AWARD |
| Plaintiff, ) | OF ATTORNEY FEES UNDER THE |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. ) | |
| ) | (Document 27) |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On October 1, 2009, the parties filed a stipulation for the award and payment of attorney fees under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412(d).

The stipulation is GRANTED. Pursuant to the terms of the stipulation, Plaintiff's counsel Brian C. Shapiro is awarded fees, costs and expenses under EAJA in the amount of $4,500.00. This award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees under 42 U.S.C. § 406.

IT IS SO ORDERED.

Dated:   **October 2, 2009**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

1